# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.      CV 14-09360 DDP (MANx)                    Date     February 9, 2015

Title    JAMES HENDRICKS, JR., and ROBERTA HENDRICKS -V- ARMSTRONG
         INTERNATIONAL, INC., et al.

---

Present: The           DEAN D. PREGERSON, U.S. DISTRICT JUDGE
Honorable

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Sean P. Worsey                              Christopher S. Marks
                                            Sheryl M. Rosenberg

Proceedings:

## MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT FILED BY PLAINTIFF JAMES HENDRICKS, Jr. (DOCKET NUMBER 22)

---

Court hears oral argument and takes the matter under submission.

|  | 0 0 | : | 04 |
|---|---|---|---|
|  | Initials of Preparer | | JAC |